BENJAMIN B. WAGNER
United States Attorney
EDWARD A. OLSEN (CSBN 214150)
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2821
Facsimile: (916) 554-2900
Email: edward.olsen@usdoj.gov

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITIZENS FOR THE PROTECTION AND PRESERVATION OF WAWONA, an unincorporated association,<br><br>Plaintiff,<br><br>v.<br><br>DONALD NEUBACHER, Superintendent of Yosemite National Park, a branch of the National Park Service, in his official capacity; CHRISTINE LEHNERTZ, Pacific West Regional Director of the National Park Service, in her official capacity; and the NATIONAL PARK SERVICE, an agency of the United States Department of the Interior,<br><br>Defendants. | CASE NO. 1:11-cv-01117-OWW-GSA<br><br>**STIPULATION AND ORDER REGARDING THE DEADLINE FOR FILING A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT AND THE ADMINISTRATIVE RECORD** |

Plaintiff, by and through its attorney of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to extend the deadline for the filing of a responsive pleading to plaintiff's Complaint from September 12, 2011 to September 26, 2011.

The parties further stipulate that they will meet and confer by October 11, 2011 to discuss whether the preparation of an administrative record is appropriate in this case and, if so, what documents the administrative record should include and when it should be lodged with the Court.

1  The parties further stipulate that, if they are unable to agree on whether an
2  administrative record is appropriate and, if so, what documents it should include and
3  when it should be lodged, then they will set forth their respective positions in a Joint
4  Status Report to be filed with the Court no later than October 24, 2011.

6  Dated:   September 7, 2011              BENJAMIN B. WAGNER
                                            UNITED STATES ATTORNEY

8                                          /s/ *Edward A. Olsen*
                                            EDWARD A. OLSEN
9                                          Assistant United States Attorney

11 Dated:   September 7, 2011              LAW OFFICES OF STEPHAN C. VOLKER

13                                         /s/ *Stephan C. Volker*
                                            STEPHAN C. VOLKER
                                            Attorney for Plaintiff
14                                         CITIZENS FOR THE PROTECTION AND
                                            PRESERVATION OF WAWONA

17                                **ORDER**

18      Pursuant to stipulation, IT IS SO ORDERED.
19 IT IS SO ORDERED.

20 **Dated:   September 8, 2011**          /s/ **Oliver W. Wanger**
                                            UNITED STATES DISTRICT JUDGE