1  BENJAMIN B. WAGNER
   United States Attorney
2  EDWARD A. OLSEN (CSBN 214150)
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone:   (916) 554-2821
   Facsimile:    (916) 554-2900
5  Email:         edward.olsen@usdoj.gov

6  Attorneys for Federal Defendants

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 CITIZENS FOR THE PROTECTION AND          )   CASE NO. 1:11-cv-01117-OWW-GSA
   PRESERVATION OF WAWONA, an               )
12 unincorporated association,              )
                                            )   **STIPULATION AND ORDER**
13                    Plaintiff,            )   **REGARDING THE DEADLINE**
                                            )   **FOR FILING A RESPONSIVE**
14        v.                                )   **PLEADING TO PLAINTIFF'S**
                                            )   **COMPLAINT AND THE**
15 DONALD NEUBACHER, Superintendent of      )   **ADMINISTRATIVE RECORD**
   Yosemite National Park, a branch of the  )
16 National Park Service, in his official capacity; )
   CHRISTINE LEHNERTZ, Pacific West         )
17 Regional Director of the National Park    )
   Service, in her official capacity; and the )
18 NATIONAL PARK SERVICE, an agency of       )
   the United States Department of the Interior, )
19                                          )
                                            )
20                    Defendants.           )
                                            )

21        Plaintiff, by and through its attorney of record, and defendants, by and through

22 their attorneys of record, hereby stipulate, subject to approval of the Court, to extend the

23 deadline for the filing of a responsive pleading to plaintiff's Complaint from September

24 12, 2011 to September 26, 2011.

25        The parties further stipulate that they will meet and confer by October 11, 2011 to

26 discuss whether the preparation of an administrative record is appropriate in this case and,

27 if so, what documents the administrative record should include and when it should be

28 lodged with the Court.

1    The parties further stipulate that, if they are unable to agree on whether an

2  administrative record is appropriate and, if so, what documents it should include and

3  when it should be lodged, then they will set forth their respective positions in a Joint

4  Status Report to be filed with the Court no later than October 24, 2011.

5

6  Dated:    September 7, 2011          BENJAMIN B. WAGNER
                                        UNITED STATES ATTORNEY
7

8                                       /s/ *Edward A. Olsen*
                                        EDWARD A. OLSEN
9                                       Assistant United States Attorney

10

11 Dated:    September 7, 2011          LAW OFFICES OF STEPHAN C. VOLKER

12
                                        /s/ *Stephan C. Volker*
13                                      STEPHAN C. VOLKER
                                        Attorney for Plaintiff
14                                      CITIZENS FOR THE PROTECTION AND
                                        PRESERVATION OF WAWONA
15

16

17                                **ORDER**

18     Pursuant to stipulation, IT IS SO ORDERED.

19 IT IS SO ORDERED.

20 **Dated:    September 8, 2011**          /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE
21

22

23

24

25

26

27

28