BENJAMIN B. WAGNER
United States Attorney
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2821
Facsimile:  (916) 554-2900
Email: edward.olsen@usdoj.gov

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITIZENS FOR THE PROTECTION AND PRESERVATION OF WAWONA, an unincorporated association,<br><br>              Plaintiff,<br><br>v.<br><br>DONALD NEUBACHER, Superintendent of Yosemite National Park, a branch of the National Park Service, in his official capacity; CHRISTINE LEHNERTZ, Pacific West Regional Director of the National Park Service, in her official capacity; and the NATIONAL PARK SERVICE, an agency of the United States Department of the Interior,<br><br>              Defendants. | CASE NO.  1:11-CV-01117-LJO-GSA<br><br>**STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE AND HEARING DATE; AND ORDER** |

  Plaintiff, by and through its attorneys of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to the following revised briefing schedule and hearing date.  The parties submit this stipulation in light of the fact that they believe they have resolved their differences regarding the contents of the administrative record and that defendants intend to file a revised administrative record shortly.  The parties propose the following revised briefing schedule and hearing date on their cross-motions for summary judgment:

STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE AND HEARING DATE

| | |
|---|---|
| Plaintiff's Motion for Summary Judgment: | August 24, 2012 |
| Defendants' Opposition and Cross-Motion: | September 28, 2012 |
| Plaintiff's Reply and Opposition to Cross-Motion: | October 26, 2012 |
| Defendants' Reply: | November 23, 2012 |
| Hearing on Cross-Motions for Summary Judgment: | December 13, 2012 at 8:30 a.m. |

Dated:  May 10, 2012              BENJAMIN B. WAGNER
                                  UNITED STATES ATTORNEY

                                  */s/ Edward A. Olsen*
                                  EDWARD A. OLSEN
                                  Assistant United States Attorney


Dated:  May 10, 2012              */s/ Stephan C. Volker*
                                  Stephan C. Volker.
                                  LAW OFFICES OF STEPHAN C. VOLKER
                                  Attorney for Plaintiff


**ORDER**

This Court revises the briefing schedule pursuant to the parties' stipulation.

IT IS SO ORDERED.

Dated: __May 11, 2012             _____/s/ Lawrence J. O'Neill_____
                                  LAWRENCE J. O'NEILL
                                  UNITED STATES DISTRICT JUDGE