1  STEPHAN C. VOLKER (CSB #63093)
   ALEXIS E. KRIEG (CSB #254548)
2  JAMEY M.B. VOLKER (CSB #273544)
   M. BENJAMIN EICHENBERG (CSB #270893)
3  LAW OFFICES OF STEPHAN C. VOLKER
   436 14th Street, Suite 1300
4  Oakland, California 94612
   Tel:    510/496-0600 Fax:  510/496-1366
5  email: svolker@volkerlaw.com

6  Attorneys for Plaintiff
   CITIZENS FOR THE PROTECTION
7  AND PRESERVATION OF WAWONA

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10 CITIZENS FOR THE PROTECTION AND        )   CASE NO. 1:11-cv-01117-LJO-GSA
   PRESERVATION OF WAWONA, an             )
11 unincorporated association,            )   **STIPULATION AND ORDER**
                                          )   **ALLOWING FILING OF FIRST**
12              Plaintiff,                )   **AMENDED COMPLAINT**
                                          )
13      v.                                )
                                          )
14 DONALD NEUBACHER, Superintendent of    )
   Yosemite National Park, a branch of the National )
15 Park Services, in his official capacity; )
   CHRISTINE LEHNERTZ, Pacific West       )
16 Regional Director of the National Park Service, )
   in her official capacity; and the NATIONAL )
17 PARK SERVICE, an agency of the United States )
   Department of the Interior,            )
18                                        )
                Defendants.               )
19 _____ )

20      By their undersigned counsel, and pursuant to Federal Rules of Civil Procedure Rule

21 15(a)(2), the parties hereby stipulate that (1) plaintiff Citizens for the Protection and Preservation

22 of Wawona may file its First Amended Complaint, a copy of which is attached as Exhibit 1 hereto

23 and (2) defendants Donald Neubacher, et al., shall file their Answer thereto by July 13, 2012.

24      IT IS SO AGREED.

25 Dated:  June 20, 2012        LAW OFFICES OF STEPHAN C. VOLKER

26                             /s/ Stephan C. Volker
                               _____
                               STEPHAN C. VOLKER
27                             Attorney for Plaintiff
                               CITIZENS FOR THE PROTECTION AND
28                             PRESERVATION OF WAWONA

Dated:  June 20, 2012            UNITED STATES DEPARTMENT OF JUSTICE

                                 /s/ Edward A. Olsen
                                 EDWARD A. OLSEN
                                 Attorneys for Federal Defendants


                                 **ORDER**


          IT IS SO ORDERED.

          **Dated:**    **June 21, 2012**          **/s/ Gary S. Austin**
                                                   UNITED STATES MAGISTRATE JUDGE