```
STEPHAN C. VOLKER (CSB #63093)
ALEXIS E. KRIEG (CSB #254548)
JAMEY M.B. VOLKER (CSB #273544)
M. BENJAMIN EICHENBERG (CSB #270893)
LAW OFFICES OF STEPHAN C. VOLKER
436 14th Street, Suite 1300
Oakland, California 94612
Tel:    510/496-0600  Fax:   510/496-1366
email: svolker@volkerlaw.com

Attorneys for Plaintiff
CITIZENS FOR THE PROTECTION
AND PRESERVATION OF WAWONA
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITIZENS FOR THE PROTECTION AND PRESERVATION OF WAWONA, an unincorporated association,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DONALD NEUBACHER, Superintendent of Yosemite National Park, a branch of the National Park Services, in his official capacity; CHRISTINE LEHNERTZ, Pacific West Regional Director of the National Park Service, in her official capacity; and the NATIONAL PARK SERVICE, an agency of the United States Department of the Interior,<br><br>　　　　　　Defendants. | CASE NO. 1:11-cv-01117-LJO-GSA<br><br>**STIPULATION AND ORDER ALLOWING FILING OF FIRST AMENDED COMPLAINT** |

　　　By their undersigned counsel, and pursuant to Federal Rules of Civil Procedure Rule 15(a)(2), the parties hereby stipulate that (1) plaintiff Citizens for the Protection and Preservation of Wawona may file its First Amended Complaint, a copy of which is attached as Exhibit 1 hereto and (2) defendants Donald Neubacher, et al., shall file their Answer thereto by July 13, 2012.

　　　IT IS SO AGREED.

Dated:  June 20, 2012　　　　　LAW OFFICES OF STEPHAN C. VOLKER

　　　　　　　　　　　　　　　/s/ Stephan C. Volker_____
　　　　　　　　　　　　　　　STEPHAN C. VOLKER
　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　CITIZENS FOR THE PROTECTION AND
　　　　　　　　　　　　　　　PRESERVATION OF WAWONA

| | | |
|---|---|---|
| 1 | Dated: June 20, 2012 | UNITED STATES DEPARTMENT OF JUSTICE |
| 2 | | /s/ Edward A. Olsen |
|   | | EDWARD A. OLSEN |
| 3 | | Attorneys for Federal Defendants |

**ORDER**

IT IS SO ORDERED.

**Dated:   June 21, 2012**            /s/ **Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE