BENJAMIN B. WAGNER
United States Attorney
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2821
Facsimile: (916) 554-2900
Email: edward.olsen@usdoj.gov

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITIZENS FOR THE PROTECTION AND PRESERVATION OF WAWONA, an unincorporated association,<br><br>Plaintiff,<br><br>v.<br><br>DONALD NEUBACHER, Superintendent of Yosemite National Park, a branch of the National Park Service, in his official capacity; CHRISTINE LEHNERTZ, Pacific West Regional Director of the National Park Service, in her official capacity; and the NATIONAL PARK SERVICE, an agency of the United States Department of the Interior,<br><br>Defendants. | CASE NO. 1:11-CV-01117-LJO-GSA<br><br>**STIPULATION AND PROPOSED ORDER EXTENDING BRIEFING SCHEDULE AND HEARING DATE; AND ORDER** |

      Plaintiff, by and through its attorneys of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to the following revised briefing schedule and hearing date. The parties submit this stipulation in light of the fact that the lead associate for plaintiff's counsel has been on maternity leave and will not return until September and plaintiff's counsel has numerous briefs and hearings in both the trial and appellate courts this month, as well as multiple depositions.

      The parties propose the following revised briefing schedule and hearing date on their cross-

STIPULATION AND PROPOSED ORDER TO EXTEND BRIEFING SCHEDULE AND HEARING DATE

motions for summary judgment:

| | |
|---|---|
| Plaintiff's Motion for Summary Judgment: | September 21, 2012 |
| Defendants' Opposition and Cross-Motion: | October 26, 2012 |
| Plaintiff's Reply and Opposition to Cross-Motion: | November 23, 2012 |
| Defendants' Reply: | December 21, 2012 |
| Hearing on Cross-Motions for Summary Judgment: | January 17, 2013 at 8:30 a.m. |

Dated:  August 10, 2012                    BENJAMIN B. WAGNER
                                           UNITED STATES ATTORNEY

                                           */s/ Edward A. Olsen*
                                           EDWARD A. OLSEN
                                           Assistant United States Attorney


Dated:  August 10, 2012                    */s/ Stephan C. Volker*
                                           Stephan C. Volker.
                                           LAW OFFICES OF STEPHAN C. VOLKER
                                           Attorney for Plaintiff

### ORDER

Pursuant to stipulation, IT IS SO ORDERED.

IT IS SO ORDERED.

Dated:    August 10, 2012                    /s/ Lawrence J. O'Neill
                                             UNITED STATES DISTRICT JUDGE