BENJAMIN B. WAGNER
United States Attorney
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2821
Facsimile:  (916) 554-2900
Email: edward.olsen@usdoj.gov

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITIZENS FOR THE PROTECTION AND PRESERVATION OF WAWONA, an unincorporated association,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>DONALD NEUBACHER, Superintendent of Yosemite National Park, a branch of the National Park Service, in his official capacity; CHRISTINE LEHNERTZ, Pacific West Regional Director of the National Park Service, in her official capacity; and the NATIONAL PARK SERVICE, an agency of the United States Department of the Interior,<br><br>　　　　　　　Defendants. | CASE NO.  1:11-CV-01117-LJO-GSA<br><br>**STIPULATION AND PROPOSED ORDER EXTENDING BRIEFING SCHEDULE AND HEARING DATE; AND ORDER** |

　　　　Plaintiff, by and through its attorneys of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to the following revised briefing schedule and hearing date.  The parties submit this stipulation in light of the fact that they are actively discussing a potential resolution of this case that may obviate the need for the Court to address the parties' cross-motions for summary judgment, and the parties believe that, in the interest of judicial economy, an extension of the briefing and hearing date schedule would aid their discussions.

　　　　The parties propose the following revised briefing schedule and hearing date on their cross-

motions for summary judgment:

| | |
|---|---|
| Plaintiff's Motion for Summary Judgment: | Filed |
| Defendants' Opposition and Cross-Motion: | December 21, 2012 |
| Plaintiff's Reply and Opposition to Cross-Motion: | February 8, 2013 |
| Defendants' Reply: | March 8, 2013 |
| Hearing on Cross-Motions for Summary Judgment: | April 5, 2013 at 8:30 a.m. |

Dated:  October 23, 2012         BENJAMIN B. WAGNER
                                 UNITED STATES ATTORNEY

                                 */s/ Edward A. Olsen*
                                 EDWARD A. OLSEN
                                 Assistant United States Attorney


Dated:  October 23, 2012         */s/ Stephan C. Volker*
                                 Stephan C. Volker.
                                 LAW OFFICES OF STEPHAN C. VOLKER
                                 Attorney for Plaintiff


## ORDER

Pursuant to stipulation, this Court RESETS the above briefing schedule.

IT IS SO ORDERED.

Dated:    October 24, 2012              /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE