STEPHAN C. VOLKER (CSB #63093)
ALEXIS E. KRIEG (CSB #254548)
JAMEY M.B. VOLKER (CSB #273544)
M. BENJAMIN EICHENBERG (CSB #270893)
LAW OFFICES OF STEPHAN C. VOLKER
436 14th Street, Suite 1300
Oakland, California 94612
Tel:   510/496-0600 Fax:   510/496-1366
email: svolker@volkerlaw.com

Attorneys for Plaintiff
CITIZENS FOR THE PROTECTION
AND PRESERVATION OF WAWONA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITIZENS FOR THE PROTECTION AND PRESERVATION OF WAWONA, an unincorporated association,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DONALD NEUBACHER, Superintendent of Yosemite National Park and an employee of the National Park Service, in his official capacity; CHRISTINE LEHNERTZ, Pacific West Regional Director of the National Park Service, in her official capacity; and the NATIONAL PARK SERVICE, an agency of the United States Department of the Interior,<br><br>　　　　　Defendants, | CASE NO. 1:11-cv-01117-LJO-GSA<br><br>**STIPULATION EXTENDING BRIEFING SCHEDULE AND HEARING DATE;**<br><br>AND<br><br>ORDER<br><br>Hearing:　April 26, 2013<br>Time:　　8:30 a.m.<br>Judge:　　Hon. Lawrence J. O'Neill<br>Courtroom:　4, 7th Floor |

　　Plaintiff, by and through its attorneys of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to the following revised briefing schedule and hearing date.  The parties submit this stipulation in light of the fact that they are actively discussing the mootness issue raised by the defendants' motion to dismiss, and the parties believe that, in the interest of judicial economy, an extension of the briefing and hearing date schedule would aid their discussions.

　　The parties propose the following revised briefing schedule and hearing date on the defendants' motion to dismiss:

| | | |
|---|---|---|
| 1 | Defendants' Motion to Dismiss | Filed |
| 2 | Plaintiffs' Opposition | March 16, 2013 |
| 3 | Defendants' Reply | April 15, 2013 |
| 4 | Hearing on Defendants' Motion to Dismiss | May 10, 2013 at 8:30 a.m. |

Dated: March 1, 2013     LAW OFFICES OF STEPHAN C. VOLKER

s/ *Stephan C. Volker*
Attorney for Plaintiff CITIZENS FOR THE PROTECTION
AND PRESERVATION OF WAWONA

Dated: March 1, 2013     BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

s/ *Edward A. Olsen*
Assistant United States Attorney

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

**Dated: March 4, 2013**         /s/ Lawrence J. O'Neill
                       **UNITED STATES DISTRICT JUDGE**