IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITIZENS FOR THE PROTECTION AND PRESERVATION OF WAWONA,<br><br>    Plaintiff,<br><br>    vs.<br><br>DONALD NEUBACHER, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. CV F 11-1117 LJO GSA<br><br>**ORDER TO DISMISS AND TO CLOSE ACTION**<br>(Doc. 39.) |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES as moot this entire action and all claims;

2. VACATES all pending dates and matters, including the May 10, 2013 hearing and June 12, 2013 status conference; and

3. DIRECTS the clerk to close this action and to terminate pending motions which are deemed moot with dismissal of this action.

IT IS SO ORDERED.

**Dated:**   March 20, 2013              /s/ Lawrence J. O'Neill
                                   UNITED STATES DISTRICT JUDGE

1